12. 3. 2015

Mr. Cedrick Lewis
#1938672
Allred Unit
2101 FM 369N
Iowa Park Tx. 76367

FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC 07 2015
TYLER, TEXAS
PAM ESTES, CLERK

RE: Case # 12-14-00201 cr
    Requesting For Cost of Reporter's Record
    And Clerk's Record

Style: Cedrick Lewis vs. State of Texas

Dear Clerk.

    The Appellant in the Above Case Number Do humbly submit this Request Seeking For Information In Regards to the Transcripts in the above Case Number. Appellant does so so that the correct Amount can be withdrawn From the offender's TDC-J Account And sent to the court For the Reporter's Record AND clerk's Record. The Appellant does ask this Court=For a reduced cost For copies to the Pro Se offender. Please send all information to the undersign at the above address.

                                    Cedrick Lewis
                                    Pro Se.